FILED
2009 SEP 22 AM 8:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLEN BARKSDALE,<br><br>           Plaintiff,<br><br>      vs.<br><br>MONICA SOLSTAD, TIFFANY AYALA, JOES 1 through 20,<br><br>           Defendant. | CASE NO. 09CV0121-H(RBB)<br><br>JUDGMENT AND DISMISSAL BY COURT UNDER RULE 4(m) F.R.Civ.P. FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar on September 21, 2009 called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed as to all defendants without prejudice, for want of prosecution.

DATED: September 21, 2009

_____
MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

ENTERED ON _____